# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | ED 16-0032 |
| Jose Cardona DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

FILED 2016 FEB -8 PM 12:33 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY:___

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 2/5/16  400   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 841

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: Spanish

7. Year of Birth: 1977

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Camron Pitcher

10. Remarks (if any): _____

11. Name: Shane Van Gundy  (please print)

12. Office Phone Number: 909 376-7780

13. Agency: HSI

14. Signature: [signature]

15. Date: 2/8/16

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION