**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
                        Plaintiff,

vs.

Jose Angel Cardona-Ramirez

                        Defendant.

Eastern Division

Case #: 5:16-MJ-00032
Initial App. Date: 02/08/2016
Time: 2:00 PM

Complaint & Warrant
Custody

Date Filed: 02/08/2016
Violation: 21 USC Section 841(a)(1), (b)(1)(B)
CourtSmart/Reporter: RS 4 2-8-16

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Kenly Kiya Kato**

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**    Deb Taylor      Daffodil Tyminski      Ama Scorelli / Spanish
                      *Deputy Clerk*      *Assistant U.S. Attorney*      *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing

☑ Defendant states true name is as charged.

☑ Defendant advised of consequences of false statement in financial affidavit.

☑ Attorney: David Reed ☑ Panel, ☑ Appointed

☑ Government's request for detention is: GRANTED.

☑ Defendant is ordered: Permanently Detained

☑ Preliminary Hearing set for 2/22/16 @3:00 p.m.

☑ PIA set for 3/2/16 ; at 9:30 AM in Riverside.

☑ Defendant committed to the custody of the U.S. Marshal

☑ PSA, ☑ FINANCIAL, ☑ READY

Deputy Clerk Initials: dts
00 : 10