```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DAFFODIL TYMINSKI (Cal. Bar No. 243680)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0917
     E-mail:  Daffodil.Tyminski@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:16-MJ-0032 |
| Plaintiff, | ORDER |
| v. | |
| JOSE ANGEL CARDONA-RAMIREZ, | |
| Defendant. | |

**IT IS SO ORDERED** that the Post-Indictment Arraignment in the above-entitled case is continued to March 9, 2016, at 9:30 a.m.

February 19, 2016
DATE

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE