**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 16mj0032 |
| v. | |
| Jose Angel Cardona-Ramirez | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Jose Angel Cardona-Ramirez     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Anthony E. Colombo Jr. (California Bar No. 218411)  who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

105 West F Street, Third Floor
*Street Address*

San Diego, CA 92101                                      anthonycolombolegal@gmail.com
*City, State, Zip*                                              *E-Mail Address*

(619) 236-1704                    (619) 236-1852                    218411
*Telephone Number*              *Fax Number*                   *State Bar Number*

as attorney of record instead of  David Robert Reed
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**     ☒ GRANTED     ☐ DENIED

Dated  February 29, 2016

~~U. S. District Judge~~/U.S. Magistrate Judge

G–01 ORDER (12/14)     **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**