
Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

ED

Case Number: CR 16 00017 JGB  Defendant Number: 2
U.S.A. v. Jose Angel CARDONA-RAMIREZ  Year of Birth: 1977
[✓] Indictment  [ ] Information  Investigative agency (FBI, DEA, etc.): HSI

FILED 2016 MAR -4 PM 4:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:___

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: February 5, 2016
c. County in which first offense occurred: Riverside

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[ ] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[✓] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other ___

Citation of Offense: 21 U.S.C. 841(a)(1), (b)(1)(B)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No  [ ] Yes

IF YES  Case Number ___

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ___

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: February 8, 2016
Case Number: ED 16-0032-M
Charging: 21 USC 841(a)(1), (b)(1)(B)

The complaint:  [✓] is still pending
[ ] was dismissed on: ___

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] No  [✓] Yes

IF YES, provide, Name: Anthony Colombo
Phone Number: 619-236-1704

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**  [✓] Yes  [ ] No

This is the ___ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ___

Case Number ___
The superseded case:
[ ] is still pending before Judge/Magistrate Judge ___
[ ] was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
- [ ] Yes
- [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required? [✓] YES  [ ] NO

IF YES, list language and/or dialect: Spanish

**OTHER**

- [✓] Male      [ ] Female
- [ ] U.S. Citizen    [✓] Alien

Alias Name(s): "Junior," aka "Pollo," aka "Nalgon," "Gordo"

This defendant is charged in: [✓] All counts
- [ ] Only counts:
- [ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
- [ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile? [ ] Yes  [✓] No
IF YES, should matter be sealed? [ ] Yes  [ ] No

The area of substantive law that will be involved in this case includes:
- [ ] financial institution fraud
- [ ] government fraud
- [ ] environmental issues
- [✓] narcotics offenses
- [ ] violent crimes/firearms
- [ ] public corruption
- [ ] tax offenses
- [ ] mail/wire fraud
- [ ] immigration offenses
- [ ] corporate fraud
- [ ] Other

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision? [ ] Yes  [ ] No

d. Is on bail or release from another district: _____

Defendant is **in** custody:

a. Place of incarceration: [ ] State  [✓] Federal

b. Name of Institution: San Bernardino Jail

c. If Federal: U.S. Marshal's Registration Number: 1602300183

d. [ ] Solely on this charge. Date and time of arrest: _____

e. On another conviction: [ ] Yes  [✓] No
   IF YES: [ ] State  [ ] Federal  [ ] Writ of Issue

f. Awaiting trial on other charges:: [ ] Yes  [✓] No
   IF YES: [ ] State  [ ] Federal   AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20  21  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 3/3/2016

Signature of Assistant U.S. Attorney
DAFFODIL TYMINSKI
Print Name