# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: EDCR 16-00017-JGB

Date: October 12, 2016

Present: The Honorable Jesus G. Bernal , ☑ District Judge / ☐ Magistrate Judge

| Wendy Rogers | Adele C. Frazier | Patricia Bianchi (Spanish) | J. Mark Childs by Puneet Kakkar |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| [2] Jose Angel Cardona Ramirez<br>☑ Custody ☐ Bond ☐ O/R | Anthony E. Colombo, Jr.<br>☐ Appointed ☑ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |
| ☐ Custody ☐ Bond ☐ O/R | ☐ Appointed ☐ Retained |

**PROCEEDINGS:  CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) __One__ of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to __January 9, 2017, at 2:00 p.m.__ for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for __October 31, 2016__ is off calendar as to defendant __[2] Jose Angel Cardona Ramirez__ .
☐ Court orders:

☐ Other:

00 : 30

Initials of Deputy Clerk   wr

cc:   *Probation Office*

CR-08 (09/09)                    **CRIMINAL MINUTES - CHANGE OF PLEA**